ORIGINAL

**CASE UNSEALED PER ORDER OF COURT**

FILED
17 FEB 28 PM 2:59
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____  DEPUTY

~~SEALED~~

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

September 2016 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GERARD M. McTEAR, III,<br>　aka Gered McTar,<br><br>　　　　　　Defendant. | Case No. 17CR0501JAH<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., Sec. 1030(a)(5)(A) and (c)(4)(B)(i) - Intentional Damage to a Protected Computer;<br>Title 18, U.S.C., Sec. 1030(a)(7) and (c)(3)(A) - Threatening to Damage a Protected Computer;<br>Title 18, U.S.C., Sec. 875(d) - Interstate Communications with Intent to Extort |

　　The grand jury charges:

Count 1

　　On or about June 6, 2016, within the Southern District of California and elsewhere, defendant GERARD M. McTEAR, III, aka Gered McTar, did knowingly cause the transmission of a program, information, code, and command, and, as a result of such conduct, intentionally caused damage without authorization to a protected computer used in and affecting interstate commerce and communication, that is, causing damage to at least one protected computer that hosted the website of Company A, a San Diego software company, causing a loss to Company A aggregating at least $5,000 in value during a one-year period; in violation of Title 18, United States Code, Section 1030(a)(5)(A) and (c)(4)(B)(i).

//

cc: PRETRIAL
AFF:nlv:San Diego:2/27/17

## Count 2

On or about June 6, 2016, within the Southern District of California and elsewhere, defendant GERARD M. McTEAR, III, aka Gered McTar, transmitted in interstate and foreign commerce a communication containing a threat to cause damage to a protected computer with the intent to extort money and other things of value from the owners and operators of Company A, a San Diego-based software company; in violation of Title 18 United States Code, Section 1030(a)(7) and (c)(3)(A).

## Count 3

On or about June 6, 2016, within the Southern District of California and elsewhere, defendant GERARD M. McTEAR, III, aka Gered McTar, did knowingly transmit in interstate and foreign commerce from the State of Florida to the State of California, with intent to extort from Company A, a San Diego-based software company, money and other things of value, a communication containing a threat to injure the property of Company A, specifically, a threat to take Company A's website off-line unless Company A paid one Bitcoin; in violation of Title 18, United States Code, Section 875(d).

DATED: February 28, 2017.

A TRUE BILL:

_____
Foreperson

ALANA W. ROBINSON
Acting United States Attorney

By: _____
ALEXANDRA F. FOSTER
Assistant U.S. Attorney